In the Matter of RICHARD SANTER, Respondent, v BOARD OF
EDUCATION OF EAST MEADOW UNION FREE SCHOOL DISTRICT,
Appellant.

Submitted January 13, 2014; decided January 16, 2014

Motion by New York State School Boards Association, Inc. for
leave to file a brief amicus curiae on the appeal herein granted

and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.